ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Vanessa.Baehr-Jones@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-0317 JST |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER |
| AARON JAMAL WOODS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Vanessa Baehr-Jones, and defendant Aaron Jamal Woods (defendant), by and through his counsel of record, Colin Cooper, hereby stipulate as follows:

1. On August 10, 2018, defendant pleaded guilty to Counts One and Two of the Information in the above-captioned matter, which charges defendant with possessing a machine gun, in violation of 18 U.S.C. § 922(o), and possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D). At the request of the parties, the Court set a sentencing hearing date for January 4, 2019.

| | |
|---|---|
| 1 | 2. On December 20, 2018, the U.S. Probation Office issued the final Presentence Report in this case. |
| 3 | 3. The parties hereby request that the sentencing hearing in this matter be continued to February 8, 2019. The parties represent that they need additional time to meet and confer to discuss the final PSR, and prepare their respective positions. The U.S. Probation Office does not oppose this request. |
| 7 | 4. Accordingly, the parties request the Court continue the sentencing hearing scheduled for January 4, 2019, at 9:30 a.m., to February 8, 2019, at 9:30 a.m. |

DATED: December 27, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

_____/s/ *Vanessa Baehr-Jones*_____
VANESSA BAEHR-JONES
Assistant United States Attorney

### [PROPOSED] ORDER

The Court has read and considered the parties' Stipulation to Continue Sentencing Hearing. For good cause shown, the Court therefore continues the sentencing hearing from January 4, 2019, at 9:30 a.m., to February 8, 2019, at 9:30 a.m.

IT IS SO ORDERED.

DATED: December 28, 2018

Hon. Jon S. Tigar
District Judge, United States District Court